396 A.2d 52

Commonwealth v. Spicer, Appellant.

Submitted December 6, 1977. Richard Saxton, Assistant Public Defender, for appellant; J. Michael Williamson, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.